## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: K.J.C.                               :  No. 550 MAL 2019
                                            :
                                            :
PETITION OF: K.C., FATHER                   :  Petition for Allowance of Appeal
                                            :  from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.